**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **RIDUAN BIN ISOMUDDIN HAMBALI,** | |
| **Petitioner,** | |
| **v.** | **Civil Action No. 10-0407 (JDB)** |
| **BARACK OBAMA, et al.,** | |
| **Respondents.** | |

## ORDER

Upon consideration of Respondents' Motion for an Extension of Time to disclose exculpatory information pursuant to Section 1.D.1 of the Case Management Order, it is hereby **ORDERED** that Respondents' motion is granted. Disclosure of exculpatory evidence pursuant to Section 1.D.1 of the Case Management order shall occur by not later than July 31, 2012.

It is further **ORDERED** that on that date, the government shall file a notice certifying either that it has disclosed the exculpatory evidence or that it does not possess any exculpatory evidence.

**SO ORDERED**.

      /s/ John D. Bates
      JOHN D. BATES
      United States District Judge

Dated: July 27, 2012